The People of the State of New York ex rel. Lawrence Fogarty v. Joseph Cassidy.— Motion denied, with ten dollars costs.

Michael Starr v. Samuel R. Spingarn.— Motion denied, with ten dollars costs.

In the Matter of Grade Damage Commission.— Motion granted.

Sofi Weinstein v. Singer Manufacturing Company.— Motion granted.

The People of the State of New York v. Margaret Weick.— Motion granted. Order resettled.

Elias Randel v. Louis Frank.— Motion granted. Settle order on notice.

In the Matter of Briggs Avenue School Site.—Reference ordered. Settle order on notice.

In the Matter of Thomas J. Pritchett.— Respondent to be heard on third Friday of present term. See memorandum.

George S. Nicholas, Respondent, v. Franklin B. Lord, as Trustee under a Certain Deed of Trust Made to Him by August Belmont Purdy on or about March 16, 1892, and Others, Appellants.— Judgment affirmed, with costs. No opinion.

Edward Fox, as Administrator, etc., of Patrick Fox, Deceased, Appellant, v. Francis Higgins, Respondent.— Judgment affirmed, with costs. No opinion.

Hugh Daly, as Administrator, etc., of John Daly, Deceased, Respondent, v. James Butler, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to $4,000 and costs, in which event judgment as so modified and order affirmed, without costs of appeal. No opinion. Settle order on notice.

James McKnight, Jr., an Infant, by L. James McKnight, His Guardian ad Litem, Respondent, v. The City of New York, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to $1,500 and costs, in which event judgment as so modified and order affirmed, without costs of appeal. No opinion. (Clarke and Houghton, JJ., dissented and voted for reversal.) Settle order on notice.

Marguerite Crowe, as Administratrix, etc., of Thomas Crowe, Deceased, Appellant, v. Hermance Storage and Refrigerating Company, Respondent.—Judgment affirmed, with costs. No opinion.

In the Matter of the Application for Letters of Administration, etc., of George Meiszner, Deceased. Barbara Caulfield, Appellant; Elizabeth Meiszner, Respondent.— Decree affirmed, with costs. No opinion.

Henry H. F. Lounsbery, Respondent, v. Mary F. Miller and Jacob C. Miller, Appellants.— Judgment and order affirmed, with costs. No opinion.

Mary Garlick De Feo, Respondent, v. Metropolitan Street Railway Company, Appellant.— Judgment and order reversed and new trial ordered; with costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to $2,500 and costs, in which event judgment as so modified and order affirmed, without costs. No opinion. Settle order on notice.

Cornelia B. Page, Appellant, v. James Dempsey, Respondent.— Judgment affirmed, with costs. No opinion. (Clarke and Houghton, JJ., dissented.)